Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 NOV 22 AM 9:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: CPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Erick Oved ESTRADA
USMS# _____
DEFENDANT

CASE NUMBER: 2:23-CR-00564-MWF -1

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11.21.2023 at 0630 ☑ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 846; 21 USC 841 & 18 USC 1957

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:  ☑ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: email

10. Remarks (if any): _____

11. Name: Carl White  (please print)

12. Office Phone Number: 805-297-6192

13. Agency: DEA

14. Signature: For ROBERT THOMAS  Digitally signed by ROBERT THOMAS  Date: 2023.11.21 13:49:05 -08'00'

15. Date: 11.22.2023

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION