# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA | 2:23−cr−00564−MWF |
| Plaintiff(s), | |
| v. | |
| ERICK OVED ESTRADA, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __12/12/2023__ | __71__ | __Notice of Appearance of Counsel__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is STRICKEN. This is counsel's second attempt to file a Notice of Appearance of Counsel. If assistance is needed, contact the CM/ECF Help Desk (http://www.cacd.uscourts.gov/e−filing/cmecf−helpdesk) before re−filing the Notice.

DATED: December 12, 2023         /s/ *Michael W. Fitzgerald*
                                  United States District Judge