# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ERICK OVED ESTRADA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cr−00564−MWF<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/13/2023__

Document No.:   __75__

Title of Document:   __Notice of Appearance__

**ERROR(S) WITH DOCUMENT:**

On the document, co−counsel is listed as the party to be represented.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 14, 2023          By:  /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*
                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**