**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br><br><br>DEFENDANT. | CASE NUMBER<br><br><br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,**<br>**(18 U.S.C. §3142)** |
|---|---|

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

    An interpreter is  ☐ required  ☐ is not required.  Language _____
    Defendant is  ☐ in custody  ☐ not in custody.

                                           Clerk, U. S. District Court

| _____ | _____ | _____ |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.