Name & Address:

JOHN F. KELLY #163883
406 Ninth Avenue, Suite 303
San Diego, CA 92101

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-CR-00564-MWF -1 |
| v. | |
| ERICK ESTRADA (1), | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Rozella A. Oliver

on March 18, 2024                          at 1:00                ☐ a.m. ☑ p.m.

in courtroom  Roybal 590                                                      .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| 03/13/2024 | J. Muñoz | 213/894-1831 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☑ PSA.

CR-88A  (10/09)