# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **PLAINTIFF** | CASE NUMBER |
| v. | | CR23-564 MWF-1 |
| Erick Estrada, Reg 10477-506 | **DEFENDANT.** | **ABSTRACT OF COURT PROCEEDING** |

**TO:     UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable Rozella A. Oliver                                                                ,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date   ☒ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
        ☐ forthwith                    ☐ as soon as possible                    ☐ as requested, at suitable times

☐ Allowed social visits            ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for skin psoriasis
~~A report regarding this examination/treatment is to be submitted to the court on or before~~

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Other Please notify Court only of when the defendant has received treatment.

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

CLERK U.S. DISTRICT COURT

Dated: 03/18/2024                          By: J. Muñoz _____
                                                                        Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles        ☐ Southern Division-Santa Ana        ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____
_____

_____     _____     _____
Name (Print)                              Title                              Signature

*cc:* ☒ *MDC*, ☒ *Cell block*

CR-53  (10/22)                          **ABSTRACT OF COURT PROCEEDING**