E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
International Narcotics, Money
  Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2262
     Facsimile: (213) 894-0142
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-564-MWF-1,2,5 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ERICK OVED ESTRADA, ET AL., | |
| **ERICK OVED ESTRADA (#1)**, | **[PROPOSED] TRIAL DATE: 8/5/2025**<br>**[PROPOSED] SC DATE: 6/23/2025** |
| **ARIAN ALANI (#2),** and | |
| **CASEYA CHANEL BROWN (#5),** | |
| Defendants. | |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the government and defendants Erick Oved Estrada, Arian Alani, and Caseya Chanel Brown, (collectively, the "defendants"), in this matter on November 6, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates

facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued as to all defendants in this matter (defendants numbers one through six) from the earliest set trial date of November 12, 2024 to August 5, 2025. The status conference hearing is continued to June 23, 2025.

2. The time period of November 12, 2024 to August 5, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Additionally, pursuant to 18 U.S.C. § 3161(h)(6), the time period of November 12, 2024 to August 5, 2025, inclusive, constitutes a reasonable period of delay for defendants Tomas Marquez-Ruiz, Gilberto Marquez, and Zoila Estrada, who are joined for trial with co-defendants, as to whom the time for trial has not run and no motion for severance has been granted.

3. Defendants Tomas Marquez-Ruiz, Caseya Brown, and Zoila Estrada, shall appear in Courtroom 5A of the Federal Courthouse, 350

W. 1st Street, Los Angeles, California on August 5, 2025, at 8:30 a.m.

4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____                _____
 DATE                                          HONORABLE MICHAEL W. FITZGERALD
                                               UNITED STATES DISTRICT JUDGE

Presented by:

  */s/ MiRi Song*
 MIRI SONG
 Assistant United States Attorney

3