1  MEGHAN BLANCO (238171)
   LAW OFFICES OF MEGHAN BLANCO
2       28202 Cabot Road, Suite 300
        Laguna Niguel, California 92677
3       Telephone: (949) 296-9869
        Facsimile: (949) 606-8988
4       E-mail:    mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-564-MWF-1 |
|---|---|
| Plaintiff, | |
| v. | EX PARTE APPLICATION FOR ORDER DIRECTING THE UNITED STATES MARSHAL SERVICE AND THE BUREAU OF PRISONS TO PROVIDE APPROPRIATE MEDICAL TREATMENT TO DEFENDANT ESTRADA |
| ERICK OVED ESTRADA, | |
| Defendants. | |

   Defendant Erick Estrada, by and through his counsel of record, Meghan Blanco, respectfully moves this Court for orders directing the United States Marshal Service/Bureau of Prisons to have Mr. Estrada seen by a doctor to appropriately treat his hernia and skin conditions.  Prior to his arrest, Mr. Estrada was being treated for severe psoriasis and was scheduled to undergo corrective surgery on a protruding abdominal hernia.  On March 18, 2024, this Court ordered officials at MDC to provide medical treatment to Mr. Estrada.  [ECF 133].  Although the facility's compliance with the

1

Court's order was slow, Mr. Estrada eventually saw a doctor and began receiving appropriate treatment for his psoriasis.  Recently, however, medical staff has neglected to provide Mr. Estrada with his prescribed medication, and the psoriasis has returned.  Further, medical staff has refused to treat Mr. Estrada's hernia.  Counsel has observed the hernia.  It currently protrudes from Mr. Estrada's abdomen in such a fashion that it appears as though he has a small apple growing from his bellybutton.  It is tender and extremely painful as it rubs up against Mr. Strada's prison attire.

    For these reasons, Mr. Estrada urgently requests that the court order the US Marshal Service and the Bureau of Prisons to provide Mr. Estrada with appropriate medical care and provide the Court with an update by March 3, 2025.

                               Respectfully Submitted,

Dated: February 24, 2025

                               *//s// Meghan Blanco*
                              MEGHAN BLANCO
                              COUNSEL FOR DEFENDANT
                              ERICK OVED ESTRADA