UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

ERICK OVED ESTRADA,

       Defendant.

No. CR 23-564-MWF-1

[proposed] ORDER

    GOOD CAUSE HAVING BEEN SHOWN, this Court grants defendant Erick Oved Estrada's ex parte application for orders directing the US Marshal Service and/or Bureau of Prisons to provide Mr. Estrada with appropriate medical care to treat his psoriasis and abdominal hernia. The US Marshal Service and/or Bureau of Prisons are directed to have Mr. Estrada seen by a medical doctor and shall report all corrective actions taken to this Court and to defense counsel by March 3, 2025.

**SO ORDERED,** this _____ day of _____, 2025.

_____
THE HONORABLE MICHAEL W. FITZGERALD